In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-24-00233-CR
_____

## IN RE RAYMOND PEOPLES

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause No. 16-24808**

## MEMORANDUM OPINION

Raymond Peoples seeks mandamus relief in connection with a post-conviction habeas corpus proceeding. *See* Tex. R. App. P. 52. The Court of Criminal Appeals exclusively possesses the authority to grant relief in a post-conviction habeas corpus proceeding where there is a final felony conviction. *Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013) (orig. proceeding). In recognition of the exclusive jurisdiction of the Court of Criminal Appeals and the mandamus authority exercised by that court in the protection of its habeas jurisdiction, we will not act on a mandamus petition filed to compel the trial court to act in a proceeding under Article 11.07 of the Texas Code of Criminal

1

Procedure. *In re McAfee*, 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding); *see also* Tex. Code Crim. Proc. Ann. art. 11.07. "Should an applicant find it necessary to complain about an action or inaction of the convicting court, the applicant may seek mandamus relief from the Court of Criminal Appeals." *McAfee*, 53 S.W.3d at 718. Accordingly, we dismiss the petition for a writ of mandamus.

PETITION DISMISSED.

PER CURIAM

Submitted on July 23, 2024
Opinion Delivered July 24, 2024
Do Not Publish

Before Johnson, Wright and Chambers, JJ.